**Appeal No. 2024AP455**
Cir. Ct. No. 2023CV665

**STATE OF WISCONSIN**

**IN COURT OF APPEALS**
**DISTRICT I**

STUBHUB, INC.,

PETITIONER-CROSS-RESPONDENT-RESPONDENT,

V.

WISCONSIN DEPARTMENT OF REVENUE,

RESPONDENT-CROSS PETITIONER-APPELLANT.

FILED

February 19, 2026

Samuel A. Christensen
Clerk of Court of Appeals

## ERRATA SHEET

Samuel A. Christensen
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District III
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District IV
Electronic Notice

Hon. Stephen E. Ehlke
Circuit Court Judge
Electronic Notice

Jeff Okazaki
Clerk of Circuit Court
Dane County Courthouse
Electronic Notice

Don M. Millis
Electronic Notice

Sara Stellpflug Rapkin
Electronic Notice

Colin Thomas Roth
Electronic Notice

Charles K. Schafer
Electronic Notice

PLEASE TAKE NOTICE that corrections were made to paragraphs 29 and 31 in the above-captioned opinion which was released on January 13, 2026. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.